UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

IT IS HEREBY ORDERED THAT, for the reasons stated on the record on September 23, 2020, the conditions of supervised release should be modified as follows:

> Defendant shall be placed on Home Detention, monitored by GPS location monitoring technology. Defendant will be restricted to his residence at all times except for employment, substance abuse treatment, mental health treatment, court appearances, or other activities as preapproved by the U.S. Probation Officer.

Dated: New York, New York
        September 23 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge