UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                  Defendant.

------------------------------------------------------------- x

<u>ORDER</u>

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for October 14, 2020 is adjourned to November 18, 2020 at 11:00 am.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge