UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                                Defendant.

------------------------------------- x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request to adjourn the November 18, 2020 VOSR hearing, and a determination of whether Defendant's continued release is warranted, is DENIED.

Dated: New York, New York
       November 16, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge