UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                           Defendant.
------------------------------------- x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for December 9, 2020 at 10:30 am is rescheduled to 9:45 am.

Dated: New York, New York
       November 23, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge