**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

EMMANUEL ALCINDOR,

                          Defendant.

------------------------------------- x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

The examination of further witnesses in the violation of supervised release hearing scheduled for December 9, 2020 at 9:45 am will be conducted live and in person.

Dated: New York, New York
       December 2, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge