UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                            Defendant.

------------------------------------- x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's unopposed request to adjourn the violation of supervised release hearing scheduled for December 9, 2020, (ECF No. 56), is GRANTED. The violation of supervised release hearing is adjourned to January 20, 2021 at 10:00 am.

The parties may make additional submissions on the following schedule: Defendant's submissions are due December 18, 2020, the Government's submissions are due January 8, 2021, and any reply from Defendant is due January 15, 2021.

Dated: New York, New York
       December 7, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge