**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

The January 20, 2021 violation of supervised release hearing is rescheduled to January 19, 2021 at 11:00 am.

Dated: New York, New York
        January 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge