**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                          Defendant.

------------------------------------- x

ORDER

13 Crim. 317 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release sentencing is adjourned form February 2, 2021 to February 9, 2021 at 11:00 am.

The Clerk of Court is directed to close the letter motions at ECF Nos. 67 and 71.

Dated: New York, New York
       February 3, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge