UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

EMMANUEL ALCINDOR,

                              Defendant.

------------------------------------- x

ORDER

13 Crim. 317-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motions at ECF Nos. 40 and 58 as having been resolved by this Court's orders at ECF Nos. 44 and 60, respectively. The Clerk of the Court is further directed to close the open motion at ECF No. 59 as having been resolved by this Court at a prior hearing.

Dated: May 17, 2022
       New York, New York

SO ORDERED.

*[signature: George B. Daniels]*

GEORGE B. DANIELS
United States District Judge